UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ROBERT DEMOS, JR, <br><br> Petitioner, <br><br> v. <br><br> STATE SUPREME COURT OF WASHINGTON, <br><br> Respondent. | CASE NO. 3:23-cv-05014-JHC-JRC <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the report and recommendation of Magistrate Judge J. Richard Creatura, objections to the report and recommendation (Dkts. ## 3, 4 & 5), and the remaining record, does hereby find and ORDER:

(1) The Court adopts the report and recommendation.

(2) The Clerk is directed to administratively close this matter.

**DATED** this 30th day of January, 2023.

　　　　　　　　　　　　　　　　　　　　／s／ John H. Chun
　　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1