UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Plaintiff, <br><br> v. <br><br> STATE SUPREME COURT OF WASHINGTON, <br><br> Defendant. | CASE NO. 3:23-cv-05014-JHC <br><br> ORDER |

Before the Court is Plaintiff John Robert Demos, Jr.'s "Motion to Amend." Dkt. # 8. The Court is uncertain as to what relief Plaintiff seeks via this motion. In any case, the motion is not properly before the Court. On January 30, 2023, the Court's order adopted the Report and Recommendation of Judge J. Richard Creatura, which recommended that this matter be administratively closed. Dkt. # 6. *See* Dkt. # 2. This case is closed. Dkt. # 7. Accordingly, the Court DENIES the motion, Dkt. # 8, and DIRECTS the Clerk not to accept any more filings in this matter unless it is a motion for reconsideration or a notice of appeal.

Dated this 9th day of February, 2023.

John H. Chun
United States District Judge

ORDER - 1